**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KATHLEEN C. CAMPBELL et al., ) | No. CV-05-0880-PHX-SMM |
| Plaintiffs, ) | **ORDER** |
| v. ) | |
| JUDY FERNANDO-SHOLES et al., ) | |
| Defendants. ) | |

Pending before the Court is Plaintiffs' Motion to Appear Telephonically at the May 23, 2007 Preliminary Pretrial Conference (Doc. 67).

Due to the nature of the case and the recent filings of the parties, the Court has decided that it is appropriate to change the Preliminary Pretrial Conference to a Status Conference. Consequently, **parties** need not attend the conference and **counsel** may appear telephonically. Counsel should be prepared to brief the Court on their respective positions regarding (1) the transfer of the case to Tucson; and (2) the status of the default proceedings against Bruce A. Sholes.

Accordingly,

**IT IS HEREBY ORDERED** that the Rule 16 Preliminary Pretrial Conference has been changed to a **Status Conference** to discuss the motions pending before the Court and the default against Bruce A. Sholes.

1  **IT IS FURTHER ORDERED** that Plaintiffs' Motion to Appear Telephonically at the
2  May 23, 2007 Preliminary Pretrial Conference is **GRANTED** (Doc. 67).[1]
3  **IT IS FURTHER ORDERED** that parties shall contact each other and call the Court
4  on one clear telephone line at 3:55 p.m. Mountain Standard Time at 602-322-7555.
5  DATED this 21st day of May, 2007.

_____
Stephen M. McNamee
United States District Judge

---

[1] All counsel may appear telephonically at the May 23, 2007 Status Conference.