**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| KATHLEEN C. CAMPBELL et al., | ) | No. CV-05-0880-PHX-SMM |
| Plaintiffs, | ) | **ORDER** |
| v. | ) | |
| JUDY FERNANDO-SHOLES et al., | ) | |
| Defendants. | ) | |

Currently before the Court is Plaintiffs' Motion for Change of Venue. Plaintiffs seek to transfer the pending matter to the Tucson Division of the United States District Court, District of Arizona.

It is undisputed that all Plaintiffs are California residents and that the only defendant left pending in the matter is Bruce A. Sholes. At one time Mr. Sholes practiced law in the Phoenix area, however, he has subsequently move to Cortaro, Arizona, a suburb of Tucson. Moreover, Plaintiff recently dismissed from the case pending in Phoenix Defendant Oasis at Wild Horse Ranch, LLC, located in Tucson, in order to re-file the case in the Tucson division.

The Court finds that pursuant to the Federal Rules of Civil Procedure, change of venue is proper. The defendants in this diversity case are residents of Arizona and the case could have been originally filed in the Tucson Division of the United States District Court, District of Arizona. 28 U.S.C.§ 1391(a)(1); 28 U.S.C. §1404.

Accordingly,

**IT IS HEREBY ORDERED GRANTING** the Motion to Change Venue from the Phoenix Division of the United States District Court, District of Arizona to the Tucson

Division.

**IT IS FURTHER ORDERED** that this case[1] shall be transferred to the Tucson Division of the United States District Court, District of Arizona and that the case shall be assigned to a District Court Judge by random draw.

DATED this 25th day of May, 2007.

_____
Stephen M. McNamee
United States District Judge

---

[1] The only remaining matter to be transferred to the Tucson Division is the pending default against defendant Bruce A. Sholes/Law Offices of Bruce A. Sholes.

- 2 -