**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen C. Campbell, individually and as the successor in interest of Ruth C. Pritchard, Deceased, Capitol Enquiry Inc.; and Capital Education, Inc., <br><br>   Plaintiffs, <br><br> v. <br><br> Judy Fernando-Sholes and Bruce A. Sholes, individually and as husband and wife; Bruce A. Sholes, doing business as Law Offices of Bruce A. Sholes; Oasis at Wild Horse Ranch, LLC, an Arizona limited liability company; John C. Kubasch, individually, and John C. Kubasch and Jane Doe Kubasch, husband and wife; and Does 1-20, <br><br>   Defendants. | No. CV-05-0880-PHX-SMM <br><br> **ORDER** |

Pursuant to the parties' Stipulation (Doc. 79) to Extend Defendant Sholes's Deadline to File Reply in Support of Motion to Set Aside or Amend Default Judgment and to Establish Deadline for Plaintiffs to Respond to Defendant's Pending Motion to Strike, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Bruce A. Sholes ("Sholes") shall not be required to file a reply brief in support of his Motion to Set Aside or Amend Default Judgment until five (5) days after either (I) the Court denies Sholes's pending Motion to Strike Plaintiffs' Opposition to Defendant Sholes's Motion to Set Aside or Amend Default Judgment ("Motion to Strike") or (ii) upon the granting of the Motion to Strike, Plaintiffs file a revised Opposition

to Defendant Sholes's Motion to Set Aside or Amend Default Judgment in accordance with the Court's ruling.

**IT IS FURTHER ORDERED** that Plaintiffs shall have until October 2, 2008 to file a response to Sholes's Motion to Strike.

**IT IS FURTHER ORDERED DENYING as MOOT** Defendant's Motion to Expedite Ruling on Defendant's Motion to Strike. (Doc. 78.)

DATED this 23rd day of September, 2008.

_____
Stephen M. McNamee
United States District Judge

- 2 -